# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH MCCRAY and <br> B.S.G., a Minor, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | No. 4:08CV198 CDP |
| N.D.B., et al., | ) <br> ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court *sua sponte*. On January 30, 2008, plaintiff Elizabeth McCray, acting pro se, filed the instant complaint and related documents. Said documents contain the name of minor children which have not been redacted.

Pursuant to this Court's Administrative Order of April 8, 2003, and in compliance with the policy of the Judicial Conference of the United States and the E-Government Act of 2002, parties must refrain from including, or must partially redact where inclusion is necessary, the names of minor children. *See also Webster Groves School Dist. v. Pulitzer Pub. Co.* 898 F.2d 1371, 1375 (8th Cir. 1990) (*en banc*) (strong public policy favors the special protection of minors and their privacy where sensitive matters are concerned). If the involvement of a

minor child must be mentioned, only the initials of a minor child may be used. *See* Administrative Order of the United States District Court for the Eastern District of Missouri dated April 8, 2003. Because the documents filed by plaintiff fail to comply with the aforementioned, she must file an amended complaint in order to proceed with this action.

The Court additionally notes that plaintiff has submitted several separate complaint forms with different defendants named on each form. Because the allegations in each complaint form arise from the same facts and circumstances, the Court has filed plaintiff's documents as one complaint. In filing her amended complaint, plaintiff must not only comply with this Court's policy as to the redaction of information relating to minor children, but she must also comply with the Federal Rules of Civil Procedure and this Court's Local Rules.[1]

The Federal Rules of Civil Procedure require litigants to formulate their pleadings in an organized and comprehensible manner. Pursuant to Federal Rules of Civil Procedure 8 and 10, plaintiff's amended complaint should contain a "short and plain statement" of claims, and each claim shall be "simple, concise and direct." Additionally, plaintiff shall separate her claims within her pleadings (as

---

[1]The Local Rules of the United States District Court for the Eastern District can be found on the Court's website at www.moed.uscourts.gov.

far as practicable) to a single set of circumstances.  Plaintiff is also required, to the best of her ability, to include in the "Caption" of the amended complaint all the defendants she wishes to sue, and in the "Statement of Claim," she must set out specific facts against each named defendant.  Plaintiff risks dismissal of the complaint if she fails to comply with this Court's instructions.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately file the complaint and ancillary documents with supporting exhibits under seal.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint in accordance with the foregoing within thirty (30) days of the date of this Order.  Plaintiff's failure to comply with this Court's Order will result in a dismissal of this action, without prejudice.

Dated this 13th day of February, 2008.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE